SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**CASSADY A. ADAMS, COB #48807**
Cassady.Adams@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:22-cr-00232-AB** |
| v. | |
| **JOEY ANTONY MERCED,** | **GOVERNMENT'S RESPONSE TO REVOCATION HEARING MEMORANDUM** |
| **Defendant.** | |

This case is scheduled for a supervised release violation hearing on Thursday, August 13, 2026. The government concurs with the U.S. Probation Office's recommendation for the supervised release violations at issue in this case.

Dated: August 10, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/Cassady A. Adams*
CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney

**Government's Response to Revocation Hearing Memorandum**          **Page 1**